UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>VICTOR MIGUEL AREVALO(1),<br><br>                Defendant. | CASE NO. 10cr1082-BTM<br><br>JUDGMENT OF DISMISSAL |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in case 10CR1649-BTM against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

____  of the offense(s) of:

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 05/05/2010

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE

ENTERED ON _____